IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | Lead Case No.  8:07CV341 |
| ) | |
| Petitioner,  ) | |
| )  | ORDER |
| v.  ) | |
| ) | |
| KENNETH KOHMETSCHER  ) | |
| AS MEMBER OF  ) | |
| KEN'S CONSTRUCTION, LLC,  ) | |
| ) | |
| Respondent.  ) | |

This matter is before the court on the Unopposed Motion To Continue Hearing And Motion To Dismiss Two Petitions To Enforce Summonses. On September 18, 2007, this Court granted the Petitioner's earlier motion to continue and ordered the Respondent to appear at a show cause hearing on November 6, 2007. [Filing No. 9]. Upon consideration, and for good cause shown,

**IT IS ORDERED** that the unopposed motion to continue hearing is granted. The parties are ordered to appear for the Respondent to show cause why he should not be compelled to comply with the IRS summons that is the subject of Civil Action Number 8:07cv341 on **December 13, 2007 at 2:00 P.M.,** in Courtroom number 3, third floor, Roman Hruska Building, 111 S. 18th Plaza, before the undersigned Chief District Court Judge.

**IT IS FURTHER ORDERED** that the Petitioner's motion to dismiss Civil Action Numbers 8:07cv343 and 8:07cv344 is granted. Civil Action Numbers 8:07cv343 and 8:07cv344 are hereby dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Petitioner serve a copy of this Order on the Respondent.

DATED this 5th day of November, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge